

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00147-CV

| | | |
|---|---|---|
| NATHAN ROBINSON AND MISTI ROBINSON, INDIVIDUALLY AND AS REPRESENTATIVES OF ALL PERSONS SIMILARLY SITUATED, Appellants | § | On Appeal from the 271st District Court |
| | § | of Jack County (15-02-019) |
| V. | § | August 31, 2022 |
| HOME OWNERS MANAGEMENT ENTERPRISES, INC. D/B/A HOME OF TEXAS AND WARRANTY UNDERWRITERS INSURANCE COMPANY, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack